UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ESTHER HILL WHITE** | **CIVIL ACTION NO. 15-2181** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CIGNA GROUP INSURANCE, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons set forth in this Court's Ruling, and for those additional reasons set forth in the Magistrate Judge's Report and Recommendation [Doc. No. 44], which this Court finds correct under the law,

IT IS ORDERED that Plaintiff Esther Hill White's petition for benefits [Doc. No. 1] is DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 26th day of April, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE